UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

| | |
|---|---|
| SAMIR GHARFEH,<br><br>    Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION d/b/a<br>CARNIVAL CRUISE LINE and CATALINA<br>CARVAJAL, M.D.,<br><br>    Defendant. | CASE NO. 17-cv-20499-JEM<br>Judge JOSE E. MARTINEZ<br>Magistrate JONATHAN GOODMAN |

## STIPULATION FOR SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff, **SAMIR GARFEH** and Defendant, **CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINE**, by and through the undersigned counsel, pursuant to this Court's Order dated January 14, 2019 [DE 125], and Order to Show Cause [DE 126], and show unto the Court that all matters herein have been amicably resolved and the parties agree to the dismissal of the above styled action as to Defendant, **CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINE**, with prejudice and without costs to any party and with all parties to bear their own attorneys' fees.

CASE NO. 117-cv-20499-JEM

Respectfully submitted,

| | |
|---|---|
| By: */s/ Sarah A. Lobel* | By: */s/Amanda G. Altman* |
| SARAH A. LOBEL, ESQ**.** | AMANDA G. ALTMAN |
| FBNL 88716 | Fla. Bar No. 60885 |
| slobel@hickeylawfirm.com | Email: aaltman@fowler-white.com |
| Hickey Law Firm, P.A. | FOWLER WHITE BURNETT, P.A. |
| Miami, FL 33131-3504 | Brickell Arch, Fourteenth Floor |
| Tel. (305) 371-8000 | 1395 Brickell Avenue |
| Fax (305) 371-3542 | Miami, Florida 33131 |
| *Attorneys for Plaintiff* | Telephone:  (305) 789-9200 |
| | Facsimile:   (305) 789-9201 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this   29th   day of March, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.